# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Christopher Gottshalk, Jr. | : | |
| Debtor | : | Bk. No. 14-11867 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on August 24, 2016, a true and correct copy of the Debtor's Motion to Reopen Case to Enforce Discharge Injunction and Notice of Hearing was served upon Brian Moynahan, CEO of Bank of America by first-class mail, postage pre-paid in compliance with Rule 7004(b)(3) by virtue of Rule 9014(b).

**Date Served:** August 24, 2016

**Person Served:**

> Brian Moynahan, CEO
>
> Bank of America Corporate Center
>
> 100 North Tryon Street
>
> Charlotte, NC 28255

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: <u>August 24, 2016</u>

By: /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor