UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Christopher Gottshalk, Jr. | : | |
| Debtor | : | Bk. No. 14-11867 |

## ORDER

AND NOW, upon consideration of **Debtor's Motion to Reopen Case to Enforce the Discharge Injunction** and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is GRANTED.

9/7/16

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge