```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 14-11867-amc
Christopher Gottshalk, Jr.                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 2           Date Rcvd: Sep 09, 2016
                              Form ID: pdf900         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db             +Christopher Gottshalk, Jr.,    2439 S. Lawrence Street,    Philadelphia, PA 19148-3916
13262139        Ahf,    201 Little Falls Dr,    Wilmington, DE 19808-1674
13262141       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
13262140       +Bank of America,    PO BOX 5170,    Simi Valley, CA 93062-5170
13364485        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13262142       +Brclysbankde,    P.O. Box 8803,   Wilmington, DE 19899-8803
13262143      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13262144      #+Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3439
13262145       +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
13304451        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13262146       +KML Law Group, P.C.,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1541
13262147       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13262148       +New Jersey Community F,    Po Box 680,    Moorestown, NJ 08057-0680
13262149       +Pennsylvania Department of Revenue,     1 Revenue Place,    Harrisburg, PA 17129-0001
13262150        Philadelphia Court of Common Pleas,     City Hall,    Philadelphia, PA 19107
13262151       +Philadelphia Sheriff's Office,    100 S. Broad Street,     5th Floor,
                 Philadelphia, PA 19110-1012
13262152       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13262153       +Xerox Soluti (Original Creditor:04 Phila,     Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 10 2016 01:46:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2016 01:46:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13307815       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2016 01:43:44
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13312152      +E-mail/Text: bestcasestephen@gmail.com Sep 10 2016 01:45:36     Dunne Law Offices, P.C.,
                 1500 John F. Kennedy Blvd., Suite 200,    Philadelphia, PA 19102-1717
13329917       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2016 01:36:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Receivables,
                 Acquisition Corporation (USA) IV,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13265191       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2016 01:45:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: John                  Page 2 of 2                  Date Rcvd: Sep 09, 2016
                               Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Christopher  Gottshalk, Jr. bestcasestephen@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Christopher Gottshalk, Jr. | : | |
| Debtor | : | Bk. No. 14-11867 |

### ORDER

AND NOW, upon consideration of **Debtor's Motion to Reopen Case to Enforce the Discharge Injunction** and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is GRANTED.

9/7/16

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge